In the Matter of the Accounting of KATHARINE D. GRUNER, as Administratrix with the Will Annexed of OTTO H. GRUNER, Deceased, Respondent.

NEW YORK TRUST COMPANY, Appellant; UNITED STATES OF AMERICA et al., Respondents.

Submitted October 14, 1946; decided October 17, 1946.

That court may, if so advised, receive evidence of facts not presented by the record before us, which are found to be necessary for a proper determination of the proceeding within the principles outlined in our opinion. [See 295 N. Y. 510.]